# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00285-KJD |
| Plaintiff, | **Order Unsealing Case** |
| v. | |
| JUAN ROBLES-ANDRADE,<br>  aka "Juan Andrade-Rosales,"<br>  aka "Juan Jose Robles," | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Juan Robles-Andrade,* is unsealed.

**DATED** this  10th  day of December, 2020.

By the Court:

_____
Honorable Kent J. Dawson
United States District Judge